1048

[No. 47077-9-I.   Division One.   December 17, 2001.]

LOREN JENSEN, ET AL., *Appellants*, v. THE CITY OF EVERETT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-04827-7, Joseph A. Thibodeau, J., entered July 5, 2000. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Kennedy and Cox, JJ.

[No. 19226-1-III.   Division Three.   December 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE A. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-8-01410-0, Neal Q. Rielly, J., and Steven Grovdahl, J. Pro Tem., entered March 15, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Schultheis, J.

[Nos. 19358-6-III; 19362-4-III.   Division Three.   December 18, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA JEAN LOWRY, *Appellant*.
THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ANTHONY MOUTON, *Appellant*.

Appeals from judgments of the Superior Court for Stevens County, Nos. 00-1-00015-9 and 00-1-00016-7, Rebecca M. Baker, J., entered May 10, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 19519-8-III.   Division Three.   December 18, 2001.]

*In the Matter of the Marriage of* CINDY L. RESSA, *Appellant*, and JERRY F. RESSA, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-3-01787-1, Ellen K. Clark, J., entered February 7, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.